

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,933

### EX PARTE FRANK GARCIA HERNANDEZ, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### IN CAUSE NO. 22048-02-A IN THE 47TH DISTRICT COURT
### POTTER COUNTY

**KEASLER, J., filed a concurring opinion.**

### <u>CONCURRING OPINION</u>

I join the Court's opinion, but write separately to note that today's opinion is entirely

consistent with our decision in *Ex parte Foster*,[1] which was issued in May 2007.

FILED: January 28, 2009
PUBLISH

---

[1] Nos. WR-36,242-02 & -03 (Tex. Crim. App. May 9, 2007) (per curiam) (not designated for publication).